FILED
SEP 12 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Edmond Elias Salem, bar number 228274

Case No. CV-19 80 220 MISC JD

**ORDER TO SHOW CAUSE RE SUSPENSION FROM MEMBERSHIP IN GOOD STANDING OF THE BAR OF THE COURT**

TO: Edmond Elias Salem, bar number 228274

The State Bar of California has notified the United States District Court for the Northern District of California that, effective June 15, 2019, you have become ineligible to practice law in the State of California following disciplinary action. Under this Court's Civil Local Rule 11-7, this status change may render you ineligible for continued active membership in the bar of the Northern District of California.

Effective the date of this order, your membership in the bar of this Court is **suspended on an interim basis** pursuant to Civil Local Rule 11-7(b)(1). **On or before September 23, 2019,** you may file a response to this Order meeting the requirements of Civil Local Rule 11-7(b)(2), which may be viewed on the Court's website at cand.uscourts.gov. If you fail to file a timely and adequate response to this Order, you will be suspended from membership without further notice.

If you are disbarred, suspended or placed on disciplinary probation by this Court and are later restored to active membership in the State Bar of California, you may apply for reinstatement pursuant to Civil Local Rule 11-7(b)(3). The Clerk shall close this file on or after September 23, 2019 absent further order of this Court.

**IT IS SO ORDERED.**

Dated: 8/12/19

_____
JAMES DONATO
United States District Judge

*Attorney-discipline_OSC*
*rev. 11-18*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF EDMOND ELIAS SALEM, Bar No. 228274.

Case No.: 3:19-mc-80220-JD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that:

(1) I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California; and

(2) On 9/12/2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an interoffice delivery receptacle located in the Clerk's office.

Edmond Elias Salem #228274
The Salem Law Firm APLC
2001 Wilshire Blvd Ste 305
Santa Monica, CA 90403-5683


Dated: 9/12/2019

Susan Y. Soong
Clerk, United States District Court

By: _____
William Noble, Director of Case Administration

*Service_Certificate _CRD*
*rev. August 2018*

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

OFFICIAL BUSINESS



**CERTIFIED MAIL**

7010 2780 0003 2916 3324

7010 2780 0003 2916 3324

Sent To: EDMOND SALEM
Street, Apt. No., or PO Box No.: 2001 WILSHIRE #305
City, State, ZIP+4: SANTA MONICA CA 90403

A 80220

Edmond Elias Salem #22
The Salem Law Firm AP
2001 Wilshire Blvd Ste 3
Santa Monica, CA 90403

## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

EDMOND SALEM
2001 WILSHIRE #305
SANTA MONICA CA
90403

2. Article Number
(Transfer from service label)

7010 2780 0003 2916 3324

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

## COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _____  ☐ Agent
                       ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

---

**Certified Mail**
- A mailing receipt
- A unique identifi[er]
- A record of deliv[ery]

**Important Remind[ers]**
- Certified Mail m[ay]
- Certified Mail is
- NO INSURANC[E]
  valuables, pleas[e]
- For an additional
  delivery. To obtai[n]
  Receipt (PS For[m]
  fee. Endorse mai[l]
  a duplicate retur[n]
  required.
- For an addition[al]
  addressee's auth[orized]
  endorsement "R[estricted]
- If a postmark on
  cle at the post
  receipt is not ne[eded]

**IMPORTANT: Sav[e]**
PS Form 3800, August